# ELECTRONIC RECORD

COA # 07-14-00202-CR

OFFENSE: 29.02

STYLE: Emilio Rodriguez v. The State of Texas

COUNTY: Lubbock

COA DISPOSITION: Affirmed

TRIAL COURT: 364th District Court

DATE: 02/25/2015      Publish: YES

TC CASE #: 2014-401,172

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Emilio Rodriguez v. The State of Texas

CCA #: 406-15

_____APPELLANT'S_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____refused_____

JUDGE: _____

DATE: July 29, 2015

SIGNED: _____      PC: _____

JUDGE: PC

PUBLISH: _____      DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD